# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 20-CR-00015-TFM |
| | ) |
| ANTHONY D. WEAVER | ) |

## FINAL ORDER OF FORFEITURE

This cause now comes before the Court upon the United States' motion for a Final Order of Forfeiture for the following property:

**One Remington, model Nylon 66, .22 caliber rifle, serial number WJ68;**
**One Glenfield, model 60, .22 caliber rifle, serial number 25383343;**
**One Rossi, model M2022, 20/22 gauge shotgun, serial number SP441808.**

The Court hereby finds that the motion is due to be **granted**, for the reasons set forth therein and as set out below:

On April 6, 2020, the United States filed a motion for preliminary order of forfeiture for the three firearms. (Doc. 19, PageID.56-59) In that motion, the United States established the 1) defendant's interest in the property and the nexus between the property and the 2) defendant's conviction for Count One of the Indictment. On April 7, 2020, pursuant to 18 U.S.C. § 924(d)(1), Title 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(b)(2), the Court entered a preliminary order of forfeiture for the three firearms. (Doc. 20, PageID.63-66)

In accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6), the United States published notice of the forfeiture, and of its intent to dispose of the three firearms, on the official government website, www.forfeiture.gov, beginning

on May 13, 2020, and ending on June 11, 2020.  Doc. 22, PageID.69-73.  The publication gave notice to all third parties with a legal interest in the property to file with the Clerk of the Court, 155 St. Joseph Street, Mobile, AL 36602, and a copy served upon Assistant United States Attorney Gina S. Vann, 63 South Royal Street, Suite 600, Mobile, AL 36602, a petition to adjudicate their interest within 60 days of the first date of publication.  No third party filed a petition or claimed an interest in the property, and the time for filing any such petition has expired.

Further, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A), forfeiture of the three firearms became final as to the defendant, Anthony D. Weaver, at the time of sentencing and was made a part of the sentence and included in the judgment.  (Doc. 30, PageID.108-113)

Thus, the United States has met all statutory requirements for the forfeiture of the three firearms, and it is appropriate for the Court to enter a final order of forfeiture.

**NOW, THEREFORE**, the Court having considered the matter and having been fully advised in the premises, it is hereby **ORDERED, ADJUDGED and DECREED** that for good cause shown, the United States' motion is **GRANTED**.  Under 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(c)(2), all right, title, and interest in the three firearms are **CONDEMNED, FORFEITED and VESTED** in the United States for disposition according to law; and,

**IT IS FURTHER ORDERED** that the Federal Bureau of Investigation or other duly authorized federal agency take the three firearms into its secure custody and control for disposition according to law; and,

**IT IS FURTHER ORDERED** that pursuant to 21U.S.C. § 853(n)(7), the United States of America has clear title to the three firearms and may warrant good title to any subsequent purchaser or transferee; and,

**IT IS FURTHER ORDERED** that the Federal Bureau of Investigation or other duly authorized federal agency is hereby authorized to dispose of the three firearms in accordance with the law; and,

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**DONE AND ORDERED** this 24th day of August 2020.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE